IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pulliam Sr, Edward L

Printed: 4/15/08

Case Number: 07 B 20506
Judge: Hollis, Pamela S
Filed: 11/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,831.50 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 900.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 15,000.02 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,817.96 | 0.00 |
| 6. | Capital One | Unsecured | 529.12 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 605.34 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 2,481.27 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 602.50 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 440.25 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 740.80 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 3,035.07 | 0.00 |
| 13. | Illinois Title Loans | Unsecured | 1,234.16 | 0.00 |
| 14. | Capital One | Unsecured | 605.73 | 0.00 |
| 15. | Collins Financial Services Inc | Unsecured | 625.00 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 1,094.72 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 501.68 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 308.96 | 0.00 |
| 19. | Midwest | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,354.08 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Pulliam Sr, Edward L | Case Number:  07 B 20506 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/15/08 | Filed:  11/2/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

